UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE TYRONE STEWART, JR. (#248900)

VERSUS                                          CIVIL ACTION

JEFFREY F. WILEY, ET AL                         NUMBER 09-785-RET-SCR

### RULING

On September 28, 2009, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to either pay the filing fee or submit a pauper affidavit and a statement of account completed by an authorized officer certifying the amount of money in the plaintiff's inmate account and the monthly deposit and balance averages for the preceding six months.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to pay the filing fee or correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 28, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA